# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDIN ORLANDO COTO DEL-CID,<br><br>Defendant | Case No.: 17CR4005-DMS<br><br>**ORDER GRANTING MOTION TO DISMISS THE INDICTMENT AND JUDGMENT**<br><br>The Honorable Dana M. Sabraw |

Upon motion of the United States and for good cause shown,

IT IS ORDERED that the Indictment be dismissed without prejudice. This case is terminated.

SO ORDERED.

Dated: February 1, 2018

_____
Hon. Dana M. Sabraw
United States District Judge